UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAK MILER, | ) | CASE NO. 1:21-CV-1451 |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE: POLSTER |
| | ) | |
| UNIVERSITY HOSPITALS, ET AL. | ) | PLAINTIFF'S MOTION TO DISMIS |
|     Defendant. | ) | COUNT THREE WITHOUT |
| | ) | PREJUDICE |

Now comes Plaintiff, Mark Miller ("Plaintiff" or "Mr. Miller"), by and through the undersigned counsel who hereby pursuant to Federal Rule of Civil Procedure 41(a)(2), moves this Court to dismiss Count Three of Plaintiff's Complaint (State law Disability discrimination claims) without prejudice.

Respectfully Submitted,

*/s/ John F. Burke, III*
JOHN F. BURKE, III (0059974)
Burkes Law, LLC
55 Public Square, Suite 2100
Cleveland, Ohio 44113
john@burkeslaw.net
216-455-5980 / Fax – 888-588-5663

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of September 2021 a copy of the foregoing was served via the Court's Electronic Service system on all counsel of record.

*/s/ John F. Burke, III*
JOHN F. BURKE,