# IN THE UNITED STATES DISTRICT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MARK MILLER | : | |
| | : | CASE NO. 1:21-cv-01451-DAP |
| Plaintiff, | : | |
| v. | : | JUDGE DAN AARON POLSTER |
| | : | |
| UNIVERSITY HOSPITALS, *et al.* | : | |
| | : | |
| | : | |
| Defendants. | : | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by stipulation of the Parties, Defendants University Hospitals Medical Center ("UH"), Sodexo Operations, LLC, Shannon Edwards, and Andre Hunter (collectively, "Sodexo Defendants") (UH and the Sodexo Defendants are collectively, "Defendants") and Plaintiff, Mark Miller ("Plaintiff"), hereby agree that this action be dismissed in its entirety with prejudice.  Each party shall bear its own attorneys' fees and costs.

Dated this 17th day of March, 2022.

Respectfully submitted,                                    Respectfully submitted,

*s/ John F. Burke*                                              *s/ David A. Campbell*
John F. Burke, III (0059974)                          David A. Campbell (0066494)
BURKESLAW, LLC                                         Andrea V. Arnold (0099455)
55 Public Square, Suite 2100                        LEWIS BRISBOIS BISGAARD & SMITH, LLP
Cleveland, Ohio 44113                                  1375 E. 9th Street, Suite 2250
P: (216) 455-5980 | F: (888) 588-5663        Cleveland, OH 44114
John@BurkesLaw.net                                   P: (216) 298-1262 | F: (216) 334-9421
                                                                          David.A.Campbell@lewisbrisbois.com
*Counsel for Plaintiff*                                      Andrea.Arnold@lewisbrisbois.com

                                                                          *Attorneys for Defendant UH*

4886-3979-9062.1

*s/ Corey N. Thrush*
Ellen Toth (0056176)
Corey N. Thrush (0085985)
Oɢʟᴇᴛʀᴇᴇ, Dᴇᴀᴋɪɴs, Nᴀsʜ, Sᴍᴏᴀᴋ & Sᴛᴇᴡᴀʀᴛ, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH 44114
Akron, OH 44311
P: (216) 241-6100 | F: (216) 357-4733
Corey.Thrush@ogletrree.com

*Attorneys for Defendants Sodexo Operations, LLC, Shannon Edwards and Andre Hunter*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2022, a true and correct copy of the foregoing has been electronically filed with the Court and notice was sent to all parties through the Court's EM/ECF system.

      */s/ David A. Campbell*
      David A. Campbell (0066494)

      *One of the Attorneys for Defendant UH*

4886-3979-9062.1